**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| JENNIE SOMMERS | CIVIL ACTION |
|---|---|
| VS. | NO. 13-CV-00457-JWD-SCR |
| ULTA SALON, COSMETICS & FRAGRANCE, INC. | |

**ORDER**

Before the Court are Defendant's Motion for Summary Judgment pursuant to F.R.C.P. Rule 56, and Defendant's Motion to Strike Plaintiff's submitted affidavit and interrogatories.

In order to survive summary judgment, Plaintiff must bring forth evidence of genuine issues of fact for trial concerning each element of LSA R.S. 9:2800.6. Plaintiffs have filed an affidavit and interrogatories that each, individually, contain allegations sufficient to give rise to a genuine issue of material fact on each of the three (3) elements of LSA R.S. 9:2800.6.

Defendant argues that portions of Plaintiff's filed affidavit[1] and interrogatories[2] contain inadmissible hearsay. The statements at issue are not hearsay under Federal Rule of Evidence 801(d)(2)(D), as they were allegedly made by an employee of Ulta Salon concerning matters within the scope of that employment relationship.

However, Federal Rule of Civil Procedure 33(b)(5) requires Plaintiff's discovery responses to be verified via signature of the person making the answers. *Newpark v. Admiral Insurance,* No. 99-331 E., 2000 WL 136006 (E.D. La. 2000) has interpreted this to mean that Plaintiff must sign

---

[1] Specifically paragraphs 4, 5, and 6 of exhibit A.

[2] Specifically items 15, 17, 18, and 19 of exhibit B.

the documents, verifying their accuracy.[3] Because Plaintiff's answers to interrogatories are not verified, they cannot be used in this determination. Defendant's Motion to Strike, insofar as it concerns Plaintiff's interrogatories, is GRANTED.

Plaintiff's affidavit, however, is verified as required by FRCP 33(b)(5), and the statements within are not hearsay under 801(d)(2)(D). Defendant's Motion to Strike, insofar as it concerns Plaintiff's affidavit, is DENIED.

This affidavit sets forth material issues of fact in regards to each element of LSA R.S. 9:2800.6. Defendant's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Strike ( R. Doc. 14), insofar as it concerns plaintiff's interrogatories is GRANTED, and DENIED on all other matters.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment ( R. Doc. 10) is DENIED, as Plaintiff's affidavit presents an issue of material fact.

Signed in Baton Rouge, Louisiana, on <u>September 5, 2014</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] "ORDERED that Newpark must provide the required verification, signed under oath by an authorized representative of Newpark ... as to these and all interrogatory answers."